

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00095-CV

_____


KEVIN COOPER ROSS, Appellant

V.

TIFFANY MCCRARY, Appellee


On Appeal from the County Court
Franklin County, Texas
Trial Court No. 1969


Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Chief Justice Morriss

# MEMORANDUM OPINION

Kevin Cooper Ross timely filed a notice of appeal November 25, 2014. The complete appellate record was filed January 16, 2015, making Ross' brief due to be filed with this Court on or before February 17, 2015. When neither a brief nor a motion to extend time for filing same were received by February 17, our clerk's office, pursuant to our instructions, contacted Ross by letter and advised him that his brief was late, extended the deadline for filing the brief to March 19, and warned him that failure to file the brief by March 19 would subject his appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

We have received no responsive communication from Ross and have not received his appellate brief. Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Josh R. Morriss, III
Chief Justice

Date Submitted:      April 6, 2015
Date Decided:        April 7, 2015